# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CHRISTOPHER C. WHITE,      )
     )
     **Plaintiff,**      )
     )      **NO. 3:25-cv-00590**
     **v.**      )
     )      **JUDGE CAMPBELL**
WENDELL RAY CROUCH, JR.,      )
et al.,      )
     )
     **Defendants.**      )

## ORDER

Pending before the Court is Defendant Rebecca Bear-Monck's motion to dismiss (Doc. No. 56) filed under Rule 12(b)(6), which is fully briefed. (*See* Doc. Nos. 60, 65). In support of her requested relief, Bear-Monck asks the Court to resolve factual disputes in her favor and advances arguments that either ignore or misstate the well-pled factual allegations in the second amended complaint. Moreover, Bear-Monck's entire motion is premised on a view of the facts in the light most favorable to herself, which the Court cannot do at the pleading stage. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Accordingly, Bear-Monck's motion to dismiss (Doc. No. 56) is **DENIED**.

The Court notes that Bear-Monck's reply does not comply with Local Rule 7.01(a)(4)'s five-page limit. Counsel is instructed to review that local rule and comply with it in the future. Counsel is further advised that ad hominem attacks on parties and hyperbolic language in briefing are inappropriate and detract from substantive arguments.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE